PILLSBURY WINTHROP SHAW PITTMAN LLP
BLAINE I. GREEN (SBN 193028)
blaine.green@pillsburylaw.com
DUSTIN CHASE-WOODS (SBN 318628)
dustin.chasewoods@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:      415.983.1000
Facsimile:      415.983.1200

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA
BREE BERNWANGER (SBN 331731)
bbernwanger@lccrsf.org
VICTORIA PETTY (SBN 338689)
vpetty@lccrsf.org
131 Steuart Street #400
San Francisco, CA 94105
Telephone:    415.814.7631

Attorneys for Plaintiffs Eduardo I.T.; Edwin E.I.I.;
Ignacio P.G.; Leonel Y.P.G., a minor child;
Benjamin J.R.; and William A.J.M.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDUARDO I.T., EDWIN E.I.I., Ignacio P.G., Leonel Y.P.G., a minor child, Benjamin J.R., and William A.J.M.<br><br>          Plaintiffs,<br><br>     vs.<br><br>UNITED STATES OF AMERICA<br><br>          Defendant. | Case No. 3:22-cv-5333<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO PROCEED UNDER PSEUDONYMS** |

1  **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO**
2  **PROCEED UNDER PSEUDONYMS**

3  Upon consideration of Plaintiffs' Administrative Motion to Proceed under Pseudonyms, and
4  good cause appearing therefor, the motion is GRANTED, and IT IS FURTHER ORDERED that: (a)
5  the Parties shall refer to Plaintiffs by the pseudonyms Eduardo I.T.; Edwin E.I.I.; Ignacio P.G.;
6  Leonel Y.P.G.; Benjamin J.R.; and William A.J.M. in all filings and public proceedings, and (b) the
7  parties shall redact or otherwise withhold all personally identifying information, including Plaintiffs'
8  true full names and initials, from all public filings, consistent with Federal Rule of Civil Procedure
9  5.2.

10  **IT IS SO ORDERED.**

12  Dated: _____

14  _____
15  UNITED STATES DISTRICT [MAGISTRATE]
16  JUDGE