AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| EDUARDO I.T., EDWIN E.I.I., Ignacio P.G., Leonel P.G., a minor child, Benjamin J.R., and William A.J.M <br><br> *Plaintiff(s)* <br> v. <br> UNITED STATES OF AMERICA <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:22-cv-5333-DMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States of America
c/o The Attorney General
950 Pennsylvania Ave. NW
Washington DC 20530-0001
With copies to NDCA USAO; DHS OCC; HHS OCC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Blaine I. Green                                        Bree Bernwanger
Dustin Chase-Woods                              Victoria Petty
Pillsbury Winthrop Shaw Pittman LLP    Lawyers' Committee for Civil Rights
4 Embarcadero Center, 22nd Floor          of the San Francisco Bay Area
San Francisco CA 94111                          131 Steuart Street, #400
                                                                San Francisco CA 94105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Mark B.Busby*

*Cynthia J. Lenahan*

Date: _____09/21/2022_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-5333-DMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __UNITED STATES OF AMERICA c/o THE ATTORNEY GENERAL__
was received by me on *(date)* __09/21/2022__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: On September 21, 2022, I served copies of the documents listed on Attachment A by placing a true copy thereof enclosed in a sealed envelope, with Certified Mail postage thereon fully prepaid, in the United States Mail at Los Angeles, California, to the addresses listed on Attachment B. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred. I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited withd the United States Postal Service, on that same day, with postage fully prepaid at Los Angeles, California in the ordinary course of business.
Certified Mail Receipt No.: 7022 1670 0001 4154 6161.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __29.00__ .

I declare under penalty of perjury that this information is true.

Date: __09/21/2022__

*Server's signature*

__ANNA JIMENEZ__
*Printed name and title*

EXPRESS NETWORK
P.O. Box 861057, Los Angeles, CA 90086
(213) 975-9850
*Server's address*   (PILWISF-0011918)

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-5333-DMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* UNITED STATES OF AMERICA c/o THE ATTORNEY GENERAL
was received by me on *(date)* 09/21/2022.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: On September 21, 2022, I served copies of the documents listed on Attachment A by placing a true copy thereof enclosed in a sealed envelope, with Certified Mail postage thereon fully prepaid, in the United States Mail at Los Angeles, California, to the addresses listed on Attachment B. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred. I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited withd the United States Postal Service, on that same day, with postage fully prepaid at Los Angeles, California in the ordinary course of business.
Certified Mail Receipt No.: 7022 1670 0001 4154 6178.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 29.00.

I declare under penalty of perjury that this information is true.

Date: 09/21/2022

*Server's signature*

ANNA JIMENEZ
*Printed name and title*

EXPRESS NETWORK
P.O. Box 861057, Los Angeles, CA 90086
(213) 975-9850
*Server's address*          (PILWISF-0011919)

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-5333-DMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* UNITED STATES OF AMERICA c/o THE ATTORNEY GENERAL
was received by me on *(date)* 09/21/2022 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* On September 21, 2022, I served copies of the documents listed on Attachment A by placing a true copy thereof enclosed in a sealed envelope, with Certified Mail postage thereon fully prepaid, in the United States Mail at Los Angeles, California, to the addresses listed on Attachment B. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred. I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited withd the United States Postal Service, on that same day, with postage fully prepaid at Los Angeles, California in the ordinary course of business. Certified Mail Receipt No.: 7022 1670 0001 4154 6185.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 29.00 .

I declare under penalty of perjury that this information is true.

Date: 09/21/2022

*Server's signature*

ANNA JIMENEZ
*Printed name and title*

EXPRESS NETWORK
P.O. Box 861057, Los Angeles, CA 90086
(213) 975-9850
*Server's address*   (PILWISF-0011920)

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-5333-DMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __UNITED STATES OF AMERICA c/o THE ATTORNEY GENERAL__
was received by me on *(date)* __09/21/2022__.

☐ I personally served the summons on the individual at *(place)* _____
   _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
   _____ , a person of suitable age and discretion who resides there,
   on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
   designated by law to accept service of process on behalf of *(name of organization)* _____
   _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* On September 21, 2022, I served copies of the documents listed on Attachment A by placing a true copy thereof enclosed in a sealed envelope, with Certified Mail postage thereon fully prepaid, in the United States Mail at Los Angeles, California, to the addresses listed on Attachment B. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred. I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited withd the United States Postal Service, on that same day, with postage fully prepaid at Los Angeles, California in the ordinary course of business. Certified Mail Receipt No.: 7022 1670 0001 4154 6192.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __29.00__ .

I declare under penalty of perjury that this information is true.

Date: __09/21/2022__

*Server's signature*

ANNA JIMENEZ
*Printed name and title*

EXPRESS NETWORK
P.O. Box 861057, Los Angeles, CA 90086
(213) 975-9850
*Server's address*          (PILWISF-0011921)

Additional information regarding attempted service, etc:

# ATTACHMENT A

## LIST OF DOCUMENTS SERVED ON DEFENDANT

1. COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT

2. CIVIL COVER SHEET

3. CERTIFICATE OF INTERESTED PARTIES

4. SUMMONS ISSUED

5. PLAINTIFF'S ADMINISTRATIVE MOTION TO PROCEED UNDER PSEUDONYMS

6. [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO PROCEED UNDER PSEUDONYMS

7. *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR PLAINTIFFS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

8. [PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM

9. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES (DMR))

10. NOTICE OF TELEPHONE APPEARANCE PROCEDURES FOR MAGISTRATE JUDGE DONNA M. RYU

11. SETTLEMENT CONFERENCE NOTICE AND ORDER FOR MAGISTRATE JUDGE DONNA M. RYU

12. STANDING ORDER FOR MAGISTRATE JUDGE DONNA M. RYU

13. ECF REGISTRATION INFORMATION

14. NOTICE OF MAGISTRATE JUDGE ASSIGNMENT ELECTION FORM

15. STANDING ORDERS FOR ALL JUDGES

16. ADR PROCEDURES HANDBOOK

2

## ATTACHMENT B

## SERVICE LIST

1. Attorney General
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC  20530-0001

2. United States Attorney
   Northern District of California
   450 Golden Gate Avenue
   San Francisco, CA  94102

3. Office of General Counsel
   U.S. Department of Homeland Security
   2707 Martin Luther King Jr. Avenue, SE
   Mail Stop 0485
   Washington, DC  20528-0485

4. General Counsel
   U.S. Health Human Services
   200 Independence Avenue., S.W., Room 713-F
   Washington, DC  20201