PILLSBURY WINTHROP SHAW PITTMAN LLP
BLAINE I. GREEN (SBN 193028)
blaine.green@pillsburylaw.com
DUSTIN CHASE-WOODS (SBN 318628)
dustin.chasewoods@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:     415.983.1000
Facsimile:     415.983.1200

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA
BREE BERNWANGER (SBN 331731)
bbernwanger@lccrsf.org
VICTORIA PETTY (SBN 338689)
vpetty@lccrsf.org
131 Steuart Street #400
San Francisco, CA 94105
Telephone:    415.814.7631

Attorneys for Plaintiffs Eduardo I.T.; Edwin E.I.I.;
Ignacio P.G.; Leonel Y.P.G., a minor child;
Benjamin J.R.; and William A.J.M.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDUARDO I.T., EDWIN E.I.I., Ignacio P.G., Leonel Y.P.G., a minor child, Benjamin J.R., and William A.J.M.,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA<br><br>　　　　　Defendant. | Case No. 3:22-cv-5333<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO PROCEED UNDER PSEUDONYMS** |

-2-

# ~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO PROCEED UNDER PSEUDONYMS

Upon consideration of Plaintiffs' Administrative Motion to Proceed under Pseudonyms, and good cause appearing therefor, the motion is GRANTED, and IT IS FURTHER ORDERED that: (a) the Parties shall refer to Plaintiffs by the pseudonyms Eduardo I.T.; Edwin E.I.I.; Ignacio P.G.; Leonel Y.P.G.; Benjamin J.R.; and William A.J.M. in all filings and public proceedings, and (b) the parties shall redact or otherwise withhold all personally identifying information, including Plaintiffs' true full names and initials, from all public filings, consistent with Federal Rule of Civil Procedure 5.2.

**IT IS SO ORDERED.**

Dated: December 9, 2022

_____
DONNA M. RYU
United States Magistrate Judge