```
STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
KENNETH W. BRAKEBILL (CABN 196696)
Assistant United States Attorney
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
        450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-7167
        Facsimile: (415) 436-7169
        Kenneth.Brakebill@usdoj.gov
```

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| EDUARDO I.T., et al., | ) CASE NO. 4:22-cv-05333-DMR |
|---|---|
| Plaintiffs, | ) **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEFENDANT'S DEADLINE TO ANSWER PLAINTIFFS' COMPLAINT** |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

WHEREAS on September 20, 2022 Plaintiffs filed their Complaint in this action;

WHEREAS on November 18, 2022 the Court granted as modified the parties' stipulation to set a briefing schedule on Defendant's motion to transfer, or, in the alternative, dismiss the Complaint, and to set additional case management deadlines thereafter, *see* Dkt. No. 16;

WHEREAS on November 22, 2022 Defendant filed its motion to transfer or, in the alternative, dismiss the Complaint, *see* Dkt. No. 17;

WHEREAS on February 24, 2023 the Court denied Defendant's motion to transfer, or, in the alternative, dismiss the Complaint, and ordered that Defendant file its Answer to Plaintiffs' Complaint within 21 days thereafter, or March 17, 2023, *see* Dkt. Nos. 30 & 31;

1   WHEREAS the parties are conferring regarding Plaintiffs' execution of privacy waivers, which
2   Defendant believes are necessary before Defendant can publicly admit or deny the vast majority of the
3   Plaintiff-specific allegations in the Complaint, and which waivers Plaintiffs are diligently working to
4   execute so they can promptly be returned to Defendant;

5   WHEREAS the parties have conferred regarding the timing of Defendant's Answer to Plaintiffs'
6   Complaint and agree that it would promote judicial economy and be more efficient for the parties and
7   the Court for Defendant to file a single Answer after Plaintiffs have returned executed privacy waivers
8   to Defendant (as opposed to Defendant filing two Answers—one before Defendant receives the privacy
9   waivers, and an Amended Answer after Defendant receives them), so that Defendant can either admit or
10  deny, as appropriate, the Plaintiff-specific allegations in the Complaint;

11  NOW, THEREFORE, pursuant to Civil Local Rules 6-2 and 7-12, and subject to the Court's
12  approval, the parties stipulate that Defendant's Answer to Plaintiffs' Complaint shall be due 14 days
13  after Plaintiffs return valid, executed privacy waivers for each Plaintiff to Defendant.

**IT IS SO STIPULATED.**

Dated:  March 15, 2023                                          PILLSBURY WINTHROP SHAW PITTMAN LLP

                                                                By:        */s/ Dustin Chase-Woods*
                                                                     Blaine I. Green
                                                                     Dustin Chase-Woods

                                                                LAWYERS' COMMITTEE FOR CIVIL RIGHTS
                                                                OF THE SAN FRANCISCO BAY AREA

                                                                By:        */s/ Bree Bernwanger*
                                                                     Bree Bernwanger
                                                                     Victoria Petty

                                                                Counsel for Plaintiffs

| | |
|---|---|
| Dated: March 15, 2023 | Respectfully submitted, |
| | STEPHANIE M. HINDS<br>United States Attorney |
| | /s/ *Kelsey J. Helland*<br>Kenneth Brakebill<br>Kelsey J. Helland<br>Assistant United States Attorney |
| | Counsel for the United States of America |

**ECF ATTESTATION**

In accordance with Civil Local Rule 5-1(h)(3), I, Kelsey J. Helland, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

**DECLARATION OF KELSEY HELLAND**

I, Kelsey John Helland, declare and state as follows:

1. I am an Assistant United States Attorney for the Northern District of California and counsel for Defendant the United States of America in this action. I have personal knowledge of the matters set forth below, except those matters that are based on information and belief, which I believe to be true, and could and would testify competently to them if called to do so.

2. I submit this declaration in support of the Stipulation And [Proposed] Order To Continue Defendant's Deadline To Answer Plaintiffs' Complaint submitted concurrently herewith pursuant to Civil Local Rules 6-2 and 7-12.

3. Defendant believes that, before it can publicly admit or deny the vast majority of the Plaintiff-specific allegations in the Complaint, Plaintiffs must execute privacy waivers allowing Defendant to disclose certain Plaintiff-specific information.

4. I have conferred with Plaintiffs' counsel regarding Plaintiffs' execution of such privacy waivers. Plaintiffs' counsel have represented to me that they are working diligently to execute these waivers.

5. The parties have also conferred regarding the timing of Defendant's Answer, and agree that it would promote judicial economy and be more efficient for the parties and the Court if Defendant were to file a single Answer after Defendant receives valid, executed privacy waivers from Plaintiffs (as opposed to Defendant filing two Answers—one before Defendant receives the privacy waivers, and an Amended Answer after Defendant receives them).

6. The parties therefore stipulate to and request that Defendant's deadline to file its Answer be continued to a date 14 days following Plaintiffs' return of valid, executed privacy waivers to Defendant.

7. This is the parties' second request to modify the schedule in this case. On November 18, 2022 the Court granted as modified the parties' stipulation to set a briefing schedule on Defendant's motion to transfer, or, in the alternative, dismiss the Complaint, and to set additional case management deadlines thereafter. *See* Dkt. No. 16.

HELLAND DECLARATION ISO STIP.
4:22-cv-05333-DMR

1

8. The requested modification will not affect the schedule for the case, because no further dates have been set yet.  The Court previously indicated that it would set a CMC and additional deadlines, if necessary, following its ruling on Defendant's motion to transfer or, in the alternative, dismiss the Complaint and Defendant's filing of its Answer thereafter.  *See* Dkt. No. 16 at 6.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 15, 2023                    */s/ Kelsey J. Helland*
                                         Kelsey J. Helland
                                         Assistant United States Attorney

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED that Defendant's Answer to Plaintiffs' Complaint shall be due 14 days after Plaintiffs return valid, executed privacy waivers for each Plaintiff to Defendant.

DATED: March 26, 2023

_____
HON. DONNA M. RYU
Chief Magistrate Judge