UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff(s)<br><br>v.<br><br>Defendant(s) | CASE No C<br><br>ADR CERTIFICATION BY<br>PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr). **SEE ATTACHMENT FOR EXPLANATION**
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: _____

_____
Party

Date: _____

_____
Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: _____

_____
Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert  rev. 1-15-2019*

PILLSBURY WINTHROP SHAW PITTMAN LLP
BLAINE I. GREEN (SBN 193028)
blaine.green@pillsburylaw.com
DUSTIN CHASE-WOODS (SBN 318628)
dustin.chasewoods@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:      415.983.1000
Facsimile:      415.983.1200

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA
BREE BERNWANGER (SBN 331731)
bbernwanger@lccrsf.org
VICTORIA PETTY (SBN 338689)
vpetty@lccrsf.org
131 Steuart Street #400
San Francisco, CA 94105
Telephone: 415.814.7631

Attorneys for Plaintiffs Eduardo I.T.; Edwin E.I.I.;
Ignacio P.G.; Leonel Y.P.G., a minor child;
Benjamin J.R.; and William A.J.M.

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| EDUARDO I.T., EDWIN E.I.I., Ignacio P.G., Leonel Y.P.G., a minor child, Benjamin J.R., and William A.J.M.<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | Case No. 4:22-cv-05333-DMR<br><br>**ATTACHMENT TO PLAINTIFFS IGNACIO P.G. AND LEONEL Y.P.G.'S ADR CERTIFICATION FORMS**<br><br>Judge: Hon. Donna M. Ryu<br><br>Date Filed: September 20, 2022<br><br>Trial Date: Not set |

# CERTIFICATION

I, Dustin Chase-Woods, am an active member of the California State Bar and this Court, and I am a senior associate at Pillsbury Winthrop Shaw Pittman, LLP, counsel of record for Plaintiffs Eduardo I.T., Edwin E.I.I., Ignacio P.G., Leonel Y.P.G., a minor child, Benjamin J.R., and William A.J.M.

Plaintiff Ignacio P.G. is unable to read in English. I thus certify that my colleague, associate Carolina A. Stiles (SBN 348174) read the United States District Court Northern District of California's Alternative Dispute Resolution Procedures Handbook and explained the contents therein to Plaintiff Ignacio P.G with the assistance of an English-Mam interpreter. Ms. Stiles discussed the available dispute resolution options provided by the Court and private entities and considered whether this case might benefit from any of the available dispute resolution options. Ignacio P.G. confirmed that he understood.

Dated: April 28, 2023

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: /S/ DUSTIN CHASE-WOODS
BLAINE I. GREEN
DUSTIN CHASE-WOODS

LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA

BREE BERNWANGER
VICTORIA PETTY
Attorneys for Plaintiffs Eduardo I.T.; Edwin E.I.I.; Ignacio P.G.; Leonel Y.P.G., a minor child; Benjamin J.R.; and William A.J.M.