| | |
|---|---|
| PILLSBURY WINTHROP SHAW PITTMAN LLP<br>BLAINE I. GREEN (SBN 193028)<br>blaine.green@pillsburylaw.com<br>DUSTIN CHASE-WOODS (SBN 318628)<br>dustin.chasewoods@pillsburylaw.com<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, CA 94111-5998<br>Telephone:    415.983.1000<br>Facsimile:    415.983.1200 | LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA<br>BREE BERNWANGER (SBN 331731)<br>bbernwanger@lccrsf.org<br>VICTORIA PETTY (SBN 338689)<br>vpetty@lccrsf.org<br>131 Steuart Street #400<br>San Francisco, CA 94105<br>Telephone:    415.814.7631 |

Attorneys for Plaintiffs Eduardo I.T.; Edwin E.I.I.; Ignacio P.G.; Leonel Y.P.G., a minor child; Benjamin J.R.; and William A.J.M.

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
KENNETH W. BRAKEBILL (CABN 196696)
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7167
Fax: (415) 436-6748
kenneth.brakebill@usdoj.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO I.T., EDWIN E.I.I., Ignacio P.G., Leonel Y.P.G., a minor child, Benjamin J.R., and William A.J.M.<br><br>        Plaintiffs,<br><br>    vs.<br><br>UNITED STATES OF AMERICA<br><br>        Defendant. | Case No. 4:22-cv-05333-DMR<br><br>**NOTICE OF ERRATA REGARDING CASE MANAGEMENT STATEMENT**<br><br>Honorable Donna M. Ryu |

NOTICE OF ERRATA
CASE 4:22-CV-05333-DMR                                1

The parties respectfully submit this Notice of Errata regarding the Case Management Statement (ECF No. 43). The Case Management Statement contains two errors.

The first error occurs on page eight, lines four through six, which currently reads: "First, the parties agreed upon a discovery plan involving a close of fact discovery in approximately 16 months, to be followed by a period for expert discovery and then dispositive motions. The parties have agreed to the specific schedule listed in Section 16 below." As demonstrated in Section 16, the parties proposed different schedules for this case. Therefore, the parties revise that statement to the following: "The parties disagree on the length of fact discovery. Plaintiffs propose a discovery plan involving a close of fact discovery in approximately 13 months, while Defendant proposes to close fact discovery in approximately 16 months. The parties present their specific schedule proposals in Section 16 below."

The second error occurs in the Proposed Order on page 12, near lines eight through ten, which currently reads: "Close of Fact Discovery (including completion of independent medical examinations of Plaintiffs." The parties revise the foregoing to read "Close of Fact Discovery."

The parties apologize for these errors. In accordance with Civil Local Rule 5-1(f), the parties will submit an updated Case Management Statement and Proposed Order in standard word processing format to the Court.

Dated: May 15, 2023

PILLSBURY WINTHROP SHAW PITTMAN, LLP
/s/ Dustin Chase-Woods
Blaine I. Green
Dustin Chase-Woods

LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA
/s/ Victoria Petty
Bree Bernwanger
Victoria Petty

*Counsel for Plaintiffs*

ISMAIL J. RAMSEY
United States Attorney
/s/ Kelsey J. Helland
Kenneth Brakebill
Kelsey J. Helland
Assistant United States Attorneys

*Counsel for Defendant*