UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL CONFERENCE MINUTE ORDER

| **Date:** 5/17/2023 | **Time:** 2:47-3:00 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 4:22-cv-05333-DMR | **Case Name:** I.T., et al v. United States of America | |

**For Plaintiff:**
Dustin Chase-Woods
Victoria Petty

**For Defendant:**
Kelsey Helland

**Deputy Clerk:** Ivy Lerma Garcia            **Recorded in Zoom:** 2:47-3:00

### PROCEEDINGS HELD BY ZOOM VIDEOCONFERENCE

Initial Case Management Conference held.

[X]   No parties, claims or defenses may be added.

**REFERRALS:**

[X]   This case is referred to Magistrate Judge Laurel Beeler to conduct a Settlement Conference which shall take place at a time and place to be determined by Judge Beeler.

**COURT SET THE FOLLOWING DATES:**

Further Case Management Conference: **9/20/2023** at 1:30 p.m. by Videoconference
Updated Joint Case Management Conference Statement due by: **9/13/2023**
Last day to hear dispositive motions: **12/12/2024** at 1:00 p.m.
Pretrial Conference: **2/19/2025** at 3:00 p.m.
Bench Trial: **3/5/2025** at 9:00 a.m. (estimated length: 8 days)

(PLEASE SEE COURT'S SEPARATE CASE MANAGEMENT AND PRETRIAL ORDER FOR ALL OTHER DATES SET BY THE COURT).

**CASE MANAGEMENT AND PRETRIAL ORDER TO BE PREPARED BY:**
[ ] **Plaintiff**    [ ] **Defendant**    [X] **Court**

cc:   Chambers; CAND MagRef/CAND/09/USCOURTS