| | |
|---|---|
| PILLSBURY WINTHROP SHAW PITTMAN LLP<br>BLAINE I. GREEN (SBN 193028)<br>blaine.green@pillsburylaw.com<br>DUSTIN CHASE-WOODS (SBN 318628)<br>dustin.chasewoods@pillsburylaw.com<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, CA 94111-5998<br>Telephone:    415.983.1000<br>Facsimile:     415.983.1200 | LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA<br>JORDAN WELLS (SBN 326491)<br>jwells@lccrsf.org<br>VICTORIA PETTY (SBN 338689)<br>vpetty@lccrsf.org<br>131 Steuart Street #400<br>San Francisco, CA 94105<br>Telephone:    415.814.7631 |

Attorneys for Plaintiffs Eduardo I.T.; Edwin E.I.I.; Ignacio P.G.; Leonel Y.P.G., a minor child; Benjamin J.R.; and William A.J.M.

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
KENNETH W. BRAKEBILL (CABN 196696)
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7167
Fax: (415) 436-6748
kenneth.brakebill@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| EDUARDO I.T., EDWIN E.I.I., Ignacio P.G., Leonel Y.P.G., a minor child, Benjamin J.R., and William A.J.M.,<br><br>        Plaintiffs,<br><br>   vs.<br><br>UNITED STATES OF AMERICA<br><br>        Defendant. | Case No. 4:22-cv-05333-DMR<br><br>**STIPULATION FOR CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>Honorable Donna M. Ryu<br>Trial Date: March 5, 2025<br>CMC Date: September 20, 2023 |

Plaintiffs Eduardo I.T., Edwin E.I.I., Ignacio P.G., Leonel Y.P.G., Benjamin J.R., and William A.J.M. ("Plaintiffs") and Defendant United States of America ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree, pursuant to Civil Local Rule 7-12 and subject to the Court's approval, as follows:

WHEREAS, on May 17, 2023, the Court issued Civil Conference Minute Order (Dkt. 47) scheduling a Further Case Management Conference for September 20, 2023 at 1:30pm.

WHEREAS, since the May 17, 2023 Case Management Conference, the Parties have produced hundreds of thousands of pages of discovery as contemplated by their agreed-upon 90-Day Disclosure period (*see* Dkt. 46 at 6-7), and the Parties are currently reviewing those productions.

WHEREAS, the Parties have no other substantive updates or issues requiring the Court's attention at this time.

WHEREAS, the Parties have met and conferred, and due to scheduling conflicts, counsel for Plaintiffs has requested, and counsel for Defendant has agreed, to continue the Case Management Conference.

NOW THEREFORE, the Parties stipulate that the Case Management Conference currently scheduled for September 20, 2023, be continued to a date on or after November 1, 2023.

DATED: September 12, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

/s/ *Kelsey J. Helland*
Kenneth Brakebill
Kelsey J. Helland
Assistant United States Attorneys

*Counsel for Defendant*

PILLSBURY WINTHROP SHAW PITTMAN LLP

/s/ *Dustin Chase-Woods*
Blaine I. Green
Dustin Chase-Woods

|   |   |
|---|---|
| 1 | LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA |
| 2 | |
| 3 | Jordan Wells |
| 4 | Victoria Petty |
| 5 | *Counsel for Plaintiffs* |

ATTESTATION

I, Dustin Chase-Woods, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  September 12, 2023

                /s/ Dustin Chase-Woods
                Dustin Chase-Woods

**ORDER (AS MODIFIED)**

Pursuant to Stipulation, and good cause appearing, IT IS SO ORDERED that the Further Case Management Conference currently scheduled for September 20, 2023 at 1:30 p.m. is continued to Novembe 29, 2023 at 1:30 p.m.  Parties shall file an updated joint Case Management Conference Statement by November 22, 2023. All counsel and parties may access the webinar information (public hearings) at **https://cand.uscourts.gov/judges/ryu-donna-m-dmr/**.

IT IS SO ORDERED AS MODIFIED.

Dated: September 14, 2023



_____
HONORABLE DONNA M. RYU
Chief Magistrate Judge

STIPULATION FOR CONTINUANCE OF CMC AND [PROPOSED] ORDER
CASE 4:22-CV-05333-DMR                                  3