| | |
|---|---|
| PILLSBURY WINTHROP SHAW PITTMAN LLP<br>BLAINE I. GREEN (SBN 193028)<br>blaine.green@pillsburylaw.com<br>DUSTIN CHASE-WOODS (SBN 318628)<br>dustin.chasewoods@pillsburylaw.com<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, CA 94111-5998<br>Telephone:     415.983.1000<br>Facsimile:      415.983.1200 | LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA<br>RACHEL SHERIDAN (SBN 230409)<br>rsheridan@lccrsf.org<br>VICTORIA PETTY (SBN 338689)<br>vpetty@lccrsf.org<br>131 Steuart Street #400<br>San Francisco, CA 94105<br>Telephone:     415.814.7631 |

Attorneys for Plaintiffs Eduardo I.T.; Edwin E.I.I.; Ignacio P.G.; Leonel Y.P.G., a minor child; Benjamin J.R.; and William A.J.M.

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
KENNETH W. BRAKEBILL (CABN 196696)
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7167
Fax: (415) 436-6748
kenneth.brakebill@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EDUARDO I.T., EDWIN E.I.I., Ignacio P.G., Leonel Y.P.G., a minor child, Benjamin J.R., and William A.J.M.<br><br>                    Plaintiffs,<br><br>       vs.<br><br>UNITED STATES OF AMERICA<br><br>                    Defendant. | Case No. 4:22-cv-05333-DMR<br><br>**STIPULATION FOR REMOVAL OF INCORRECTLY FILED DOCUMENT AND [PROPOSED] ORDER**<br><br>Honorable Donna M. Ryu<br>Trial Date: March 5, 2025<br>CMC Date: March 6, 2024 |

1    Plaintiffs Eduardo I.T., Edwin E.I.I., Ignacio P.G., Leonel Y.P.G., Benjamin J.R., and William
2 A.J.M. ("Plaintiffs") and Defendant United States of America ("Defendant") (collectively, the
3 "Parties"), by and through their respective counsel, hereby stipulate and agree, pursuant to Civil Local
4 Rule 7-12 and subject to the Court's approval, as follows:
5    WHEREAS, on December 9, 2022, the Court granted Plaintiffs' Administrative Motion to
6 Proceed Under Pseudonyms (Dkt. No. 20).
7    WHEREAS, the originally-filed Complaint (Dkt. No. 1) contains three instances of one of the
8 plaintiffs' true names.
9    WHEREAS, Plaintiffs filed a corrected Complaint (Dkt. No. 68) on December 7, 2023 solely for
10 the purpose of correcting the aforementioned three instances.
11    WHEREAS, the Parties have met and conferred, and Defendant, at Plaintiffs' request, agreed to
12 stipulate to Plaintiffs' removal of the originally-filed Complaint (Dkt. No. 1) from the docket such that
13 (1) Plaintiffs' corrected Complaint would act as the operative complaint in the case and (2) Defendant's
14 original answer (Dkt. No. 35) would continue to act as the operative answer in the case.
15    NOW THEREFORE, the Parties stipulate that the originally-filed Complaint (Dkt. No. 1) be
16 removed from the docket and Defendant's original answer (Dkt. No. 35) will continue to act as the
17 operative answer in the case.
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

Dated: December 8, 2023

          Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

 /s/ Kenneth Brakebill
Kenneth Brakebill
Kelsey J. Helland
Assistant United States Attorneys

*Counsel for Defendant*


PILLSBURY WINTHROP SHAW PITTMAN LLP

 /s/ Dustin Chase-Woods
Dustin Chase-Woods
Blaine I. Green

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA

Rachel Sheridan
Victoria Petty

*Attorneys for Plaintiffs*


## ATTESTATION

I, Dustin Chase-Woods, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 8, 2023

 /s/ Dustin Chase-Woods
Dustin Chase-Woods

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Pursuant to Stipulation, and good cause appearing, IT IS SO ORDERED that the originally-filed |
| 3 | Complaint (Dkt. No. 1) be removed from the docket and Defendant's original answer (Dkt. No. 35) will |
| 4 | continue to act as the operative answer in the case. |
| 5 | |
| 6 | Dated: 12/18/2023 |
| 7 | |
| 8 | HONORABLE DONNA M. RYU<br>Chief Magistrate Judge, U.S. Magistrate Court |

STIPULATION FOR REMOVAL OF INCORRECTLY FILED DOCUMENT AND [PROPOSED] ORDER
CASE 4:22-CV-05333-DMR                                   3