| | |
|---|---|
| PILLSBURY WINTHROP SHAW PITTMAN LLP<br>BLAINE I. GREEN (SBN 193028)<br>blaine.green@pillsburylaw.com<br>DUSTIN CHASE-WOODS (SBN 318628)<br>dustin.chasewoods@pillsburylaw.com<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, CA 94111-5998<br>Telephone:  415.983.1000<br>Facsimile:  415.983.1200 | LAWYERS' COMMITTEE FOR CIVIL<br>RIGHTS OF THE SAN FRANCISCO BAY<br>AREA<br>RACHEL SHERIDAN (SBN 230409)<br>rsheridan@lccrsf.org<br>VICTORIA PETTY (SBN 338689)<br>vpetty@lccrsf.org<br>131 Steuart Street #400<br>San Francisco, CA 94105<br>Telephone:  415.814.7631 |

Attorneys for Plaintiffs Eduardo I.T.; Edwin E.I.I.;
Ignacio P.G.; Leonel Y.P.G., a minor child;
Benjamin J.R.; and William A.J.M.

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
KENNETH W. BRAKEBILL (CABN 196696)
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7167
Fax: (415) 436-6748
kenneth.brakebill@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EDUARDO I.T., EDWIN E.I.I., Ignacio P.G., Leonel Y.P.G., a minor child, Benjamin J.R., and William A.J.M.<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 4:22-cv-05333-DMR<br><br>**STIPULATION FOR CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE AND  ORDER**<br><br>Honorable Donna M. Ryu<br>Trial Date: March 5, 2025<br>CMC Date: March 6, 2024 |

1   Plaintiffs Eduardo I.T., Edwin E.I.I., Ignacio P.G., Leonel Y.P.G., Benjamin J.R., and William
2   A.J.M. ("Plaintiffs") and Defendant United States of America ("Defendant") (collectively, the
3   "Parties"), by and through their respective counsel, hereby stipulate and agree, pursuant to Civil Local
4   Rule 7-12 and subject to the Court's approval, as follows:

5   WHEREAS, on May 17, 2023, the Court issued a Civil Conference Minute Order (Dkt. 47)
6   scheduling a Further Case Management Conference for September 20, 2023 at 1:30pm.

7   WHEREAS, the Parties stipulated to continue the September 20, 2023 Case Management
8   Conference, and the Court ordered the Case Management Conference continued to November 29, 2023.
9   Dkts. 62-63.

10  WHEREAS, the Court continued the November 29, 2023 Case Management Conference to
11  December 6, 2023. Dkt. 65.

12  WHEREAS, the Parties stipulated to continue the December 6, 2023 Case Management
13  Conference, and the Court ordered the Case Management Conference continued to March 6, 2024. Dkts.
14  66-67.

15  WHEREAS, because the Parties are currently engaged in settlement discussions and otherwise
16  have no substantive updates or issues requiring the Court's attention, counsel for Plaintiffs and
17  Defendant have met and conferred and agreed to continue the Case Management Conference.

18  NOW THEREFORE, the Parties stipulate that the Case Management Conference currently
19  scheduled for March 6, 2024, be continued to a date on or after June 5, 2024.

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Dated: February 28, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

  /s/ Kenneth Brakebill
Kenneth Brakebill
Kelsey J. Helland
Assistant United States Attorneys

*Counsel for Defendant*

PILLSBURY WINTHROP SHAW PITTMAN LLP

  /s/ Dustin Chase-Woods
Dustin Chase-Woods
Blaine I. Green

LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA

Rachel Sheridan
Victoria Petty

*Attorneys for Plaintiffs*

ATTESTATION

I, Dustin Chase-Woods, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 28, 2024

  /s/ Dustin Chase-Woods
Dustin Chase-Woods

**ORDER**

Pursuant to Stipulation, and good cause appearing, IT IS SO ORDERED that the Further Case Management Conference currently scheduled for March 6, 2024 at 1:30 p.m. is vacated and continued to July 3, 2024 at 1:30 p.m. in Oakland, by Videoconference. Parties shall file an updated joint case management conference statement by June 26, 2024. All counsel and parties may access the webinar information (public hearings) at https://cand.uscourts.gov/judges/ryu-donna-m-dmr/.

IT IS SO ORDERED.

Dated: February 28, 2024



_____
HONORABLE DONNA M. RYU
Chief Magistrate Judge