1  PILLSBURY WINTHROP SHAW PITTMAN LLP
2  BLAINE I. GREEN (SBN 193028)
   blaine.green@pillsburylaw.com
3  DUSTIN CHASE-WOODS (SBN 318628)
   dustin.chasewoods@pillsburylaw.com
4  Four Embarcadero Center, 22nd Floor
   San Francisco, CA 94111-5998
5  Telephone: 415.983.1000
   Facsimile: 415.983.1200

   LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA
   VICTORIA PETTY (SBN 338689)
   vpetty@lccrsf.org
   JORDAN WELLS (SBN 326491)
   jwells@lccrsf.org
   131 Steuart Street #400
   San Francisco, CA 94105
   Telephone: 415.814.7631

7  Attorneys for Plaintiffs Eduardo I.T.; Edwin E.I.I.;
   Ignacio P.G.; Leonel Y.P.G., a minor child;
   Benjamin J.R.; and William A.J.M.

9  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
10 MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
11 KENNETH W. BRAKEBILL (CABN 196696)
   KELSEY J. HELLAND (CABN 298888)
12 Assistant United States Attorneys

13 450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
14 Telephone: (415) 436-7167
   Fax: (415) 436-6748
15 Kelsey.helland@usdoj.gov

16 Attorneys for Defendant

17                 UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19                       OAKLAND DIVISION

| | |
|---|---|
| EDUARDO I.T., EDWIN E.I.I., Ignacio P.G., Leonel Y.P.G., a minor child, Benjamin J.R., and William A.J.M.,<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | CASE NO. 4:22-cv-05333-DMR<br><br>**JOINT NOTICE OF CONDITIONAL SETTLEMENT AND STIPULATION TO STAY LITIGATION DEADLINES AS TO IGNACIO P.G. AND LEONEL Y.P.G.; [PROPOSED] ORDER** |

JOINT NOTICE OF CONDITIONAL SETTLEMENT
4:22-CV-05333-DMR

1

1     The parties, by and through undersigned counsel, hereby notify the Court that Plaintiffs Ignacio P.G. and Leonel Y.P.G. ("the P.G. Plaintiff Family") and Defendant have reached a conditional settlement in this action under the Federal Tort Claims Act, 28 U.S.C. § 2671, et seq. The parties stipulate and request that all deadlines in the Court's Orders dated **May 17, 2023 (Dkt. 48)** and **February 28, 2024 (Dkt. 73)** be vacated and the action be stayed as to the P.G. Plaintiff Family, based on the following:

1.    The parties have reached a conditional settlement of all of the P.G. Plaintiff Family's claims in this litigation, subject to the approval of the settlement of the minor's claims by a court of competent jurisdiction, which may take some time, to be followed by the approval of the Attorney General of the United States or his designee.

2.    Absent a stay pending finalization of the settlement, litigation burden and expense will be incurred that are to be made unnecessary by the pending settlement.

3.    The parties stipulate to file a joint status report every 60 days during the stay to keep the Court apprised of the progress of the pending settlement for the P.G. Plaintiff Family. It is anticipated that, once the settlement is completed, the parties will file a stipulation for dismissal of all claims as to the P.G. Plaintiff Family.

Therefore, in the interest of judicial economy and efficiency, and to preserve the benefit of the pending settlement, the parties request that the Court enter the attached order vacating all deadlines in the Court's Orders dated **May 17, 2023 (Dkt. 48)** and **February 28, 2024 (Dkt. 73)** as to the P.G. Plaintiff Family, and stay this action as to the P.G. Plaintiff Family pending further stipulation or motion of the parties or Order of the Court.

DATED: May 24, 2024                                    Respectfully submitted,

                                                       PILLSBURY WINTHROP SHAW PITTMAN LLC

                                                       By:  */s/ Dustin Chase-Woods*
                                                            Dustin Chase-Woods
                                                            Blaine I. Green

JOINT NOTICE OF CONDITIONAL SETTLEMENT
4:22-CV-05333-DMR

2

|   |   |
|---|---|
|   | LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA |
|   | Victoria Petty<br>Jordan Wells |
|   | *Counsel for Plaintiffs* |
| DATED: May 24, 2024 | Respectfully submitted, |
|   | ISMAIL RAMSEY<br>United States Attorney |
|   | /s/ *Kelsey J. Helland*<br>Kenneth Brakebill<br>Kelsey J. Helland<br>Assistant United States Attorneys |
|   | *Counsel for the United States of America* |

## **ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that I obtained the concurrence in the filing of this document from the signatories indicated by the conformed signature (/s/).

*/s/ Kelsey J. Helland*
Kelsey J. Helland

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED that because the parties have reached a conditional settlement of the P.G. Plaintiff Family's claims in this litigation, subject to the Court's approval of the settlement of the minor's claims,

1. All deadlines in the Court's Orders dated May 17, 2023 (Dkt. 48) and February 28, 2024 (Dkt. 73) as to the P.G. Plaintiff Family are hereby vacated.
2. This action is stayed as to the P.G. Plaintiff Family pending further stipulation or motion of the parties or Order of the Court.
3. The parties shall file a joint status report within sixty (60) days of the entry of this Order, and every sixty (60) days thereafter, in which they shall keep the Court apprised of the progress of the pending settlement.

DATED: _____

HON. DONNA M. RYU
Chief Magistrate Judge, U.S. Magistrate Court