PILLSBURY WINTHROP SHAW PITTMAN LLP
BLAINE I. GREEN (SBN 193028)
blaine.green@pillsburylaw.com
DUSTIN CHASE-WOODS (SBN 318628)
dustin.chasewoods@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:     415.983.1000
Facsimile:      415.983.1200

LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA
JORDAN WELLS (SBN 326491)
jwells@lccrsf.org
VICTORIA PETTY (SBN 338689)
vpetty@lccrsf.org
131 Steuart Street #400
San Francisco, CA 94105
Telephone:    415.814.7631

Attorneys for Plaintiffs Eduardo I.T.; Edwin E.I.I.; Ignacio P.G.; Leonel Y.P.G., a minor child; Benjamin J.R.; and William A.J.M.

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
KENNETH W. BRAKEBILL (CABN 196696)
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7167
Fax: (415) 436-6748
kenneth.brakebill@usdoj.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EDUARDO I.T., EDWIN E.I.I., Ignacio P.G., Leonel Y.P.G., a minor child, Benjamin J.R., and William A.J.M.<br><br>      Plaintiffs,<br><br>   vs.<br><br>UNITED STATES OF AMERICA<br><br>      Defendant. | Case No. 4:22-cv-05333-DMR<br><br>**JOINT STATUS REPORT**<br><br>Honorable Donna M. Ryu<br><br>Trial Date: March 5, 2025 |

The parties to the above-captioned action hereby submit this Joint Status Report pursuant to the Court's June 6, 2024 Order granting Stipulation to Vacate Case Deadlines.

Plaintiff pairs Eduardo I.T. and Edwin E.I.I.; Ignacio P.G. and Leonel Y.P.G., a minor child; and Benjamin J.R. and William A.J.M. have each likely finalized the terms of their respective settlement agreements with Defendant United States of America. Plaintiffs' counsel is in the process of scheduling meetings with the Plaintiffs and interpreters to obtain final approval and signatures. Because Plaintiff Leonel Y.P.G. is a minor child, Plaintiff will be filing a motion for approval of the minor settlement.

DATED: August 5, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/ Kenneth Brakebill*
Kenneth Brakebill
Kelsey J. Helland
Assistant United States Attorneys

*Counsel for Defendant*

PILLSBURY WINTHROP SHAW PITTMAN LLP

Blaine I. Green
Dustin Chase-Woods

LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA

Jordan Wells
Victoria Petty

*Counsel for Plaintiffs*

**ATTORNEY ATTESTATION**

I hereby attest, Pursuant to Local Rule 5-1(i)(3), that I obtained the concurrence in the filing of this document from the signatories indicated by the conformed signature (/s/).

_____
Dustin Chase-Woods