PILLSBURY WINTHROP SHAW PITTMAN LLP
BLAINE I. GREEN (SBN 193028)
blaine.green@pillsburylaw.com
DUSTIN CHASE-WOODS (SBN 318628)
dustin.chasewoods@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: 415.983.1000
Facsimile: 415.983.1200

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA
JORDAN WELLS (SBN 326491)
jwells@lccrsf.org
VICTORIA PETTY (SBN 338689)
vpetty@lccrsf.org
131 Steuart Street #400
San Francisco, CA 94105
Telephone: 415.814.7631

Attorneys for Plaintiffs Eduardo I.T.; Edwin E.I.I.; Ignacio P.G.; Leonel Y.P.G., a minor child; Benjamin J.R.; and William A.J.M.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EDUARDO I.T., EDWIN E.I.I., Ignacio P.G., Leonel Y.P.G., a minor child, Benjamin J.R., and William A.J.M.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 4:22-cv-05333-DMR<br><br>**DECLARATION OF DUSTIN CHASE-WOODS IN SUPPORT OF THE MOTION TO APPROVE SETTLEMENT INVOLVING CLAIMS OF A MINOR**<br><br>Honorable Donna M. Ryu<br><br>Trial Date: March 5, 2025 |

I, Dustin Chase-Woods, declare as follows:

1. I am a member in good standing of the State Bar of California and an attorney at Pillsbury Winthrop Shaw Pittman LLP, and I serve as counsel for Plaintiffs in this action.

2. I have personal knowledge of the facts provided in this declaration.

3. Co-Counsel and I have diligently litigated this matter and have been able to reach an agreement with Defendant to settle the claims of plaintiffs Ignacio P.G. and Leonel Y.P.G. ("P.G. Plaintiffs"). Filed herewith as **Exhibit A** is a true and correct copy of the proposed settlement terms agreed to by the parties.

4. Under the settlement, the P.G. Plaintiffs would receive a total of $270,000, to be split equally between them (i.e., minor child Leonel Y.P.G. would receive $135,000).

5. On information and belief, the settlement total in this case is higher than the settlement amounts for actively litigated claims for similarly situated plaintiffs separated at the southern border. *See, e.g.*, *A.I.I.L. et al. v. United States*, Civil Action 19-cv-00481-TUC-JCH (D. Ariz.), Dkt. 133, 134.

6. In discussing this matter with Ignacio P.G. (Leonel's father and *guardian ad litem*), Ignacio believes the settlement is in the best interest of Leonel, as it will avoid further litigation that would require Ignacio and Leonel to relive their separation and result in the re-traumatization of Leonel and himself.

7. Considering the above, my co-counsel and I believe this settlement is fair, reasonable, and in the best interests of Leonel.

8. Plaintiffs' counsel will not be taking any part of the settlement amount, either as fees or reimbursement for costs. Accordingly, if the proposed settlement is approved, the P.G. Plaintiffs would receive the full settlement amount ($270,000).

9. Upon court approval, once the settlement funds are received into its IOLTA, Pillsbury will arrange for the deposit of $135,000 (Leonel's portion of the settlement funds) into a blocked, interest-bearing account belonging solely to Leonel. Pursuant to this Court's order, Leonel will be entitled to access these funds once he has reached the age of eighteen.

10. Plaintiffs' counsel have met and conferred with Defendant's counsel regarding this motion and Defendant does not oppose the relief sought herein.

I declare under penalty of perjury under the laws of the United States of the United States of America that the foregoing is true and correct, and that this declaration was executed by me on September 10, 2024 in San Francisco, California.

*/s/ Dustin Chase-Woods*
Dustin Chase-Woods