PILLSBURY WINTHROP SHAW PITTMAN LLP
BLAINE I. GREEN (SBN 193028)
blaine.green@pillsburylaw.com
DUSTIN CHASE-WOODS (SBN 318628)
dustin.chasewoods@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: 415.983.1000
Facsimile: 415.983.1200

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA
JORDAN WELLS (SBN 326491)
jwells@lccrsf.org
VICTORIA PETTY (SBN 338689)
vpetty@lccrsf.org
131 Steuart Street #400
San Francisco, CA 94105
Telephone: 415.814.7631

Attorneys for Plaintiffs Eduardo I.T.; Edwin E.I.I.; Ignacio P.G.; Leonel Y.P.G., a minor child; Benjamin J.R.; and William A.J.M.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EDUARDO I.T., EDWIN E.I.I., Ignacio P.G., Leonel Y.P.G., a minor child, Benjamin J.R., and William A.J.M.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 4:22-cv-05333-DMR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO APPROVE SETTLEMENT INVOLVING CLAIMS OF A MINOR**<br><br>Honorable Donna M. Ryu<br><br>Trial Date: March 5, 2025 |

Upon consideration of Plaintiffs' Unopposed Motion to Approve Settlement Involving Claims of a Minor, and finding that the settlement is fair and reasonable as to Leonel Y.P.G. and that there is good cause, the motion is GRANTED, and IT IS FURTHER ORDERED that:

(a) Plaintiff Ignacio P.G., *guardian ad litem* for his son Leonel Y.P.G., is hereby authorized to sign the final settlement agreement on behalf of his child, Leonel Y.P.G.;

(b) Defendant will deposit the total settlement amount agreed upon of $270,000, in Counsel for Plaintiffs, Pillsbury's IOLTA account;

(c) Each Plaintiff is entitled to half of the settlement amount, $135,000;

(d) For Plaintiff Leonel Y.P.G., Pillsbury is directed to deposit $135,000 in a blocked, interest-bearing account in the Plaintiff Leonel Y.P.G.'s true name; and

(e) Beginning on his eighteenth birthday, Leonel Y.P.G. is entitled to withdraw any and all funds from his account as he desires, including any and all interest that accrued to the account.

It is so ORDERED.

DATED: ______________

___________________________________
HONORABLE DONNA M. RYU
Chief Magistrate Judge, U.S. Magistrate Court