PILLSBURY WINTHROP SHAW PITTMAN LLP
BLAINE I. GREEN (SBN 193028)
blaine.green@pillsburylaw.com
DUSTIN CHASE-WOODS (SBN 318628)
dustin.chasewoods@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: 415.983.1000
Facsimile: 415.983.1200

LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA
VICTORIA PETTY (SBN 338689)
vpetty@lccrsf.org
JORDAN WELLS (SBN 326491)
jwells@lccrsf.org
131 Steuart Street #400
San Francisco, CA 94105
Telephone: 415.814.7631

Attorneys for Plaintiffs Eduardo I.T.; Edwin E.I.I.; Ignacio P.G.; Leonel Y.P.G., a minor child; Benjamin J.R.; and William A.J.M.

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KENNETH W. BRAKEBILL (CABN 196696)
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7167
Fax: (415) 436-6748
Kelsey.helland@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EDUARDO I.T., EDWIN E.I.I., Ignacio P.G., Leonel Y.P.G., a minor child, Benjamin J.R., and William A.J.M.,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　Defendant. | CASE NO. 4:22-cv-05333-DMR<br><br>**JOINT STATUS REPORT** |

JOINT STATUS REPORT
4:22-CV-05333-DMR

1

The parties, by and through undersigned counsel, hereby respectfully submit this Joint Status Report pursuant to the Court's September 12, 2024 Status Report Order (Dkt. 81) and May 28, 2024 and June 6, 2024 Stay Orders (Dkt. 75 & 77).

1. On September 12, the Court granted Plaintiffs' Unopposed Motion to Approve Settlement Involving Claims of a Minor, related to Plaintiff Leonel Y.P.G. *See* Dkt. 80.

2. Pursuant to the process described in the Parties' Joint Notice of Conditional Settlement as to the P.G. Plaintiff Family, the government is now seeking the approval for the settlement by the Attorney General of the United States or his designee (*see* Dkt. 74 at 2 ¶ 1) and also as to the I.T. and J.R. Plaintiff Families. Based on the government's experience, the government presently expects the approval process to be completed in approximately 30-60 days.

3. Consistent with the parties' prior representations, *see* Dkt. 74 at 2 ¶ 3; Dkt. 76 at 2 ¶ 3, it is anticipated that, once the settlements are completed, the parties will file a stipulation for dismissal of all claims.

DATED: September 30, 2024                    Respectfully submitted,

                                             PILLSBURY WINTHROP SHAW PITTMAN LLC

                                             By: */s/ Dustin Chase-Woods*
                                                 Dustin Chase-Woods
                                                 Blaine I. Green


                                             LAWYERS' COMMITTEE FOR CIVIL RIGHTS
                                             OF THE SAN FRANCISCO BAY AREA

                                             Victoria Petty
                                             Jordan Wells

                                             *Counsel for Plaintiffs*

JOINT STATUS REPORT
4:22-CV-05333-DMR

2

DATED: September 30, 2024                Respectfully submitted,

                                                    ISMAIL RAMSEY
                                                    United States Attorney

                                                    */s/ Kelsey J. Helland*
                                                    Kenneth Brakebill
                                                    Kelsey J. Helland
                                                    Assistant United States Attorneys

                                                    *Counsel for the United States of America*

## ATTORNEY ATTESTATION

    I hereby attest, pursuant to Local Rule 5-1(i)(3), that I obtained the concurrence in the filing of this document from the signatories indicated by the conformed signature (/s/).

                                                      */s/ Kelsey J. Helland*
                                                      Kelsey J. Helland